IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:26-PO- 6-WCM |
| | ) | |
| v. | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | BILL OF INFORMATION AND |
| WILLIAM MAXEY RICHARDSON | ) | SUMMONS |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and offers this Affidavit in support of the Bill of Information filed in this case.

The undersigned hereby certifies that the facts set forth in the United States District Court Violation Notice attached at Exhibit 1 are true and accurate and establishes probable cause to believe that the defendant committed the offense(s) in the Bill of Information.

Pursuant to Fed. R. Crim. P. 9(a), the United States requests that the Court issue a summons for the appearance of the above-named defendant to face the charge(s) in the Bill of Information.

RUSS FERGUSON
UNITED STATES ATTORNEY

Alex M. Scott, Kansas Bar no. 25490
Assistant United States Attorney
U.S. Attorney's Office
100 Otis St., Suite 233
Asheville, NC 28801