# United States District Court
# Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WC15 | **E25W5D5P** | C ROSENBAUM | 415 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 9/02/2025 16:41 | 36 CFR 4.23(A)(1) |

Place of Offense

BLUE RIDGE PARKWAY MILE 389

Offense Description: Factual Basis for Charge

HAZMAT ☐

OUI INCAPABLE SAFE OPERATION

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| RICHARDSON | WILLIAM | M |

## VEHICLE

VIN:

CMV ☐

| Tag No. | State | Year | Make/Model Pass ☐ | Color |
|---|---|---|---|---|
| LEC4305 | NC | 2001 | LEXUS/IS 300 | YEL |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT www.cvb.uscourts.gov →** | $ **Total Collateral Due** |

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______________________

Defendant Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9/02/2025 16:41
while exercising my duties as a law
enforcement officer in the WESTERN DISTRICT OF NORTH CAROLINA

AT APPROXIMATELY 1458 HOURS, WHILE PATROLLING WITHIN THE BOUNDARY OF BLUE RIDGE PARKWAY, ON THE PARKWAY NEAR MILE 389 I WAS IN LEGAL CONTACT WITH THE VEHICLE AND IDENTIFIED OPERATOR DESCRIBED ON THE FRONT OF THIS TICKET. THE OPERATOR ACCORDING TO THE PASSENGER HAD CONSUMED A XANAX AT APPROXIMATELY 2PM AND HAD ANOTHER WHILE DRIVING. WHILE DRIVING ON THE PARKWAY THE OPERATOR BEGAN TO LOSE CONSCIOUSNESS DUE TO THE USE OF THE DRUG AND ATTEMPTED TO PULL OFF THE ROADWAY. THE OPERATOR DROVE THE VEHICLE TO FAR AND COLLIDED WITH A LOG ON THE EDGE OF A PULL OFF. A BLOOD DRAW WARRANT WAS OBTAINED, AND EVIDENTIARY BLOOD WAS DRAWN AT MISSION HOSPITAL AT APPROXIMATELY 1658 HOURS

The foregoing statement is based upon:

- ☑ My personal observation
- ☑ my personal investigation
- ☑ Information supplied to me from my fellow officer's observation
- ☑ Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/08/2025

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident